# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. ED CV 19-0839-DOC (SPx)                                Date: May 10, 2019

Title: HARRY NORIESTA V KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                             None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

       The Court hereby orders plaintiff (s) to show cause in writing no later than **May 14, 2019** why this action should not be dismissed for lack of prosecution.

       It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

       As an alternative to a written response by plaintiff(s), the Court will accept one of the following as an appropriate response to this OSC if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- **Answer to Complaint;**
- **Request for Entry of Default; or**
- **Notice of Voluntary Dismissal (F.R.Civ.P .41)**

       No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

MINUTES FORM 11
CIVIL-GEN                                                                      Initials of Deputy Clerk: djl