JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY NORIESTA, individually, and on behalf of other members of the general public similarly situated;<br><br>       Plaintiff,<br><br>      vs.<br><br>KONICA MINOLTA BUSINESS SOLUTIONS U.S.A, INC., a New York corporation; and DOES 1 through 100, inclusive;<br><br>      Defendants. | Case No.: 5:19-cv-00839-DOC (SPx)<br><br>Honorable David O. Carter<br><br>**ORDER GRANTING DISMISSAL [33]**<br><br>Complaint Filed:  April 2, 2019 Trial Date:     None Set |

## <u>ORDER OF DISMISSAL</u>

The Court, having reviewed the Stipulation of Dismissal filed by the Parties in this case and, having found good cause therefor, dismisses the entire action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED: _____August 26_____, 2019

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATE DISTRICT JUDGE